# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
http://mottandgendronlaw.wix.com/mottandgendronlaw
Email:  info.mottandgendronlaw@gmail.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax:  (717) 232-0477 |

April 27, 2017

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
PO BOX 908
HARRISBURG, PA 17108-0908

Re:   Wayne Maurice Taylor
        BANKRUPTCY CASE NO:1:13-bk-04261

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

325 Knollwood Road
Millersville, PA 17551-9560


Please remove old address from mailing matrix.


Thank you for your attention to this matter.


Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary