IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WAYNE MAURICE TAYLOR | : | |
| | : | CASE NO. 1:13-bk-04261 |
| Debtor(s) | : | |
| VW CREDIT INC (Notices Only) | : | |
| Movant | : | |
| WAYNE MAURICE TAYLOR | : | |
| Respondent(s) | : | |

**ANSWER TO MOTION FOR RELIEF FROM STAY**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied. Debtor has filed an amended plan and payments are current.

10. Denied that Movant has shown cause for relief.

11. Denied that Movant has shown cause for waiver of Rule 4001.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com