```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                                  Case No. 13-04261-HWV
Wayne Maurice Taylor                                                    Chapter 13
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: AGarner              Page 1 of 2          Date Rcvd: Oct 09, 2018
                             Form ID: 3180W             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db             +Wayne Maurice Taylor,    1305 Glenmont Road,    Baltimore, MD 21239-1233
4363169        +BANK OF AMERICA (correspondence  only),   475 CROSSPOINT PKWY,    GETZVILLE, NY 14068-1609
4363170        +BLAKEY, YOST, BUPP & RAUSCH,    17 E MARKET ST,    YORK, PA 17401-1205
4401941         Buckley Madole, P.C.,    Local Counsel Invoice,    P. O. Box 829009,    Dallas, Texas 75382-9009
4363175         COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
                 HARRISBURG, PA 17121-0946
4363176         COMMONWEALTH OF PA,    DEPT OF REV, BUREAU OF COMPLIANCE,    PO BOX 280947,
                 HARRISBURG, PA 17128-0947
4363177        +COURTNEY TAYLOR,    9409 HANNAHS MILL DRIVE,    UNIT 304,    OWINGS MILLS, MD 21117-6854
4363179         HUD/FHA,    PO BOX 8079,    PHILADELPHIA, PA 19101
4363182        +LENDMARK,    8519 LIBERTY ROAD,    RANDALLSTOWN, MD 21133-4834
4388985        +Lendmark Financial Services Inc,    PO Box 336,    Randallstown, MD 21133-0336
4363184         MEMORIAL HOSP BUS OFFICE,    325 S BELMONT ST,    PO BOX 15118,    YORK, PA 17405-7118
4363185        +PHELAN HALLINAN LLP,    ONE PENN CTR PLAZA,    1617 JFK BLVD STE 1400,
                 PHILADELPHIA PA 19103-1814
4363186       #+SELECT PROPERTY & ASSOCIATES MGT INC,    1000 N PRINCE STREET,    LANCASTER, PA 17603-2736
4363187        +SPRINGETTSBURY TOWNSHIP,    1501 MOUNT ZION ROAD,    YORK, PA 17402-9085
4363190         VW CREDIT INC (Notices Only),    PO BOX 829009,    DALLAS, TX 75382-9009
4633961        +Woodcrest Hills Condominium Association,    Ansell Grimm & Aaron, PC,    210 Carnegie Center,
                 Princeton, New Jersey 08540-6233
4363192        +YORK CLINIC COMPANY LLC,    PO BOX 7870,    BELFAST, ME 04915-7800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4411640        +E-mail/Text: bncmail@w-legal.com Oct 09 2018 19:31:38      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4391344         EDI: AIS.COM Oct 09 2018 23:18:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
4399666         EDI: AIS.COM Oct 09 2018 23:18:00      American InfoSource LP as agent for,    WellSpan Health,
                 as assignee of YORK HOSPITAL,    PO Box 248838,    Oklahoma City, OK  73124-8838
4363168         EDI: BANKAMER.COM Oct 09 2018 23:19:00      BANK OF AMERICA,    BANKRUPTCY DEPARTMENT,
                 4161 PIEDMONT PARKWAY,    GREENSBORO, NC 27410
4363171         EDI: CAPITALONE.COM Oct 09 2018 23:19:00      CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4363172        +E-mail/Text: dehartstaff@pamd13trustee.com Oct 09 2018 19:31:49      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4363173        +EDI: CHASE.COM Oct 09 2018 23:19:00      CHASE,    800 BROOKSEDGE BLVD,
                 WESTERVILLE, OH 43081-2822
4363174         E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Oct 09 2018 19:32:01      COMM OF PA DEPT L&I,
                 READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,    READING, PA 19602-1152
4401536         EDI: CAPITALONE.COM Oct 09 2018 23:19:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
4363178        +EDI: RMSC.COM Oct 09 2018 23:19:00      GECRB/JC PENNEY BK,    PO BOX 103106,
                 ROSWELL, GA 30076-9106
4363180         EDI: IRS.COM Oct 09 2018 23:20:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4472043         E-mail/Text: ktramble@lendmarkfinancial.com Oct 09 2018 19:30:53
                 Lendmark Financial Services, LLC,    2118 Usher Street,    Covington, GA 30014
4363183         E-mail/Text: support@ljross.com Oct 09 2018 19:31:13      LJ ROSS,    PO BOX 6099,
                 JACKSON, MI 49204-6099
4422475         EDI: PRA.COM Oct 09 2018 23:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4370803         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 09 2018 19:31:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4363188         EDI: AGFINANCE.COM Oct 09 2018 23:18:00      SPRINGLEAF,    601 NW SECOND STREET,
                 EVANSVILLE, IN 47708
4363189         EDI: VERIZONCOMB.COM Oct 09 2018 23:18:00      VERIZON BANKRUPTCY ADMIN.-EAST,    PO BOX 3037,
                 BLOOMINGTON, IL 61702-3037
4397268        +E-mail/Text: vci.bkcy@vwcredit.com Oct 09 2018 19:31:38      VW Credit, Inc.,
                 9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
4363191        +EDI: WFFC.COM Oct 09 2018 23:19:00      WELLS FARGO HOME MORTGAGE,    ATTN: BANKRUPTCY MAIL,
                 MAC# X7801-014,    3476 STATEVIEW BLVD,    FORT MILL, SC 29715-7203
4419680        +EDI: WFFC.COM Oct 09 2018 23:19:00      Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0314-1           User: AGarner                Page 2 of 2                  Date Rcvd: Oct 09, 2018
                               Form ID: 3180W               Total Noticed: 37
```

```
cr*            +Lendmark Financial Services, Inc.,    P.O. Box 336,    Randallstown, MD 21133-0336
4363181*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
cr             ##+Woodcrest Hills Condominium Association,    c/o Herrick Feinstein LLP,
                 Attn: Elysa D. Bergenfeld, Esq.,    210 Carnegie Center,    Princeton, NJ 08540-6233
4632967        ##+DAVID J. BYRNE, ESQUIRE,    Ansell Grimm & Aaron, PC,    210 Carnegie Center,
                 Princeton, New Jersey 08540-6233
4407229        ##+Woodcrest Hills Condominium Association,    c/o Herrick Feinstein LLP,    210 Carnegie Center,
                 Princeton, NJ 08540-6233,    Attn: David Byrne, Esq.
                                                                                       TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Andrew L Spivack    on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
              Brittany Jan Suttell    on behalf of Creditor   Lendmark Financial Services, Inc.
               britjsuttell@bn-lawyers.com
              Celine P DerKrikorian    on behalf of Creditor   VW Credit, Inc. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David J Byrne    on behalf of Creditor   Woodcrest Hills Condominium Association
               djb@ansellgrimm.com, rbl@ansellgrimm.com
              Dorothy L Mott    on behalf of Debtor 1 Wayne Maurice Taylor DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor   VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              Joseph Angelo Dessoye    on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   Wells Fargo Bank, N.A. jschalk@barley.com,
               sromig@barley.com
              Kara Katherine Gendron    on behalf of Debtor 1 Wayne Maurice Taylor karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Marisa Myers Cohen    on behalf of Creditor   VW Credit, Inc. Mcohen@mwc-law.com
              Martin A Mooney    on behalf of Creditor   VW Credit, Inc. ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Wayne Maurice Taylor** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7264 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:13–bk–04261–HWV** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wayne Maurice Taylor

October 9, 2018

**By the court:**

*[signature]*

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**